**\*E-Filed 11/14/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN J. ZAMORA,                      No. C 11-03703 RS

    Plaintiff,

  v.                                  **CLERK'S NOTICE**

NATIONAL CITY MORTGAGE CO.,

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the instant case scheduled on November 17, 2011 shall be continued to **January 12, 2012 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 11/14/11                                For the Court,
                                                       RICHARD W. WIEKING, Clerk

                                                       By: *Corinne Lew*
                                                       Courtroom Deputy Clerk

United States District Court
For the Northern District of California