**\*\*E-filed 12/13/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN J. ZAMORA,

    Plaintiff,

v.

NATIONAL CITY MORTGAGE CO, et al.,

    Defendants.

No. C 11-3703 RS

**ORDER CONTINUING BRIEFING AND HEARING ON MOTIONS TO DISMISS**

On the day his oppositions to the pending motions to dismiss were due, plaintiff Steven J. Zamora, appearing *in pro se*, filed a request for a 35 day extension of the deadline, citing his need to conduct research and possibly consult with counsel to prepare oppositions to four separate motions. Given that these motions were previously continued for an extended period of time while plaintiff's motion to remand was pending, and in light of the fact that the motions largely rely on the same or similar arguments, the reasonableness of plaintiff's last-minute request is less than self-evident. Nevertheless, a limited continuance of the briefing schedule and hearing date will be granted as follows: Oppositions shall be due on January 12, 2012. Replies shall be due on January 19, 2012. The hearing shall be set for **January 26, 2012**, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 12/13/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE