**\*\*E-filed 2/15/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN J. ZAMORA,

       Plaintiff,

  v.

NATIONAL CITY MORTGAGE CO, et al.,

       Defendants.
_____/

No. C 11-3703 RS

**ORDER DISMISSING FEDERAL CLAIM WITH PREJUDICE AND REMANDING ACTION**

    This action was removed from Alameda Superior Court on the basis that plaintiff had asserted a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"). By written order filed January 23, 2011, the FDCPA claim was dismissed with leave to amend. A ruling on defendants' challenges to the other claims in the complaint was deferred, pending any subsequent determination that a viable FDCPA had been stated. The parties were advised that in the event plaintiff chose not to attempt to cure the defects in the FDCPA claim by amending, it would be dismissed with prejudice, and the action remanded to Alameda Superior Court. Plaintiff has now filed a statement electing not to amend. Accordingly, the FDCPA claim is dismissed with prejudice, and the balance of the action is remanded to Alameda Superior Court. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 351 (1988) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction

doctrine-judicial economy, convenience, fairness, and comity-will point toward declining to exercise jurisdiction over the remaining state-law claims.")

IT IS SO ORDERED.

Dated: 2/14/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE